40 A.3d 731

RUTH MICHENER, PLAINTIFF–PETITIONER, v. BOARD
OF REVIEW AND PENNSBURY SCHOOL DISTRICT,
DEFENDANT–RESPONDENT.

April 9, 2012.

Denied.